USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KERRI FLOWERS,<br><br>        Plaintiff,<br><br>    -against-<br><br>HARTFORD LIFE & ACCIDENT INSURANCE CO.,<br><br>        Defendant. | 1:21-cv-5388-MKV<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

  On October 19, 2021, the Court held an Initial Pretrial Conference on this matter. IT IS HEREBY ORDERED that Defendant shall provide Plaintiff with a copy of those documents which Defendant contends comprise the ERISA administrative record for this matter on or before October 22, 2021. On or before October 29, 2021, counsel will conduct the hour-long settlement conference contemplated in the Court's Notice of Initial Pretrial Conference [ECF No. 12]. On or before November 3, 2021, Counsel will file a status report on the settlement conference but **shall not disclose any substance of the settlement conference**. The status letter shall advise whether discussions resulted in a settlement, are on going or have terminated. If the parties are unable to reach a settlement at the conference, the parties are to advise the Court as to whether referral to a Magistrate Judge or mediator might facilitate discussions.

  IT IS FURTHER ORDERED that Plaintiff shall file a letter informing the Court if she requests additional discovery on or before November 5, 2021. Plaintiff's letter shall also explain why she is entitled to discovery beyond the administrative record, and she must attach copies of proposed discovery notices. Defendant shall respond to Plaintiff's letter on or before November 12, 2021.

A status conference is scheduled for November 23, 2021 at 3:30 PM.  The conference will be held telephonically. To join the conference, dial 888-278-0296 and enter access code 5195844. The parties should be prepared to discuss Plaintiff's letter requesting additional discovery.

**SO ORDERED.**

Date:  October 19, 2021
       New York, NY

*[Signature: Mary Kay Vyskocil]*

**MARY KAY VYSKOCIL**
**United States District Judge**