# Robinson+Cole

Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017
Main (212) 451-2900
Fax (212) 451-2999
mbernstein@rc.com
Direct (212) 451-2940

Also admitted in Connecticut
Pennsylvania, New Jersey and Utah

March 4, 2022
Hon. Mary Kay Vyskocil, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/4/2022___
```

Re:  *Kerri Flowers v. Hartford Life and Accident Insurance Company*
     Case No.: 1:21-cv-05388 (MKV)

Dear Judge Vyskocil:

We represent Defendant Hartford Life and Accident Insurance Company ("Hartford") in the above-referenced matter. This matter involves Plaintiff's claim for long-term disability ("LTD") benefits under an employee welfare benefit plan governed by the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §1001, *et seq.* ("ERISA"). Pursuant to the briefing schedule set by the Court, parties' cross-motions for summary judgment are due on March 7, 2022. In connection with the filing of its cross-motion for summary judgment, Hartford intends to file the ERISA administrative record pertaining to Plaintiff's LTD claim at issue. The administrative record contains Plaintiff's Protected Health Information ("PHI"), including medical records. Due to Plaintiff's privacy concerns with respect to her PHI, she objects to the public disclosure of the ERISA administrative record.

In light of Plaintiff's privacy concerns, the parties jointly request that Hartford be permitted to file the ERISA adminsitrative record on ECF under seal.

Respectfully submitted,

s/ Michael H. Bernstein                    s/Hudson T. Ellis
Michael H. Bernstein                       Hudson T. Ellis
ROBINSON & COLE LLP                        ERIC BUCHANAN & ASSOCIATES, PLLC
*Counsel for Defendant*                    *Counsel for Plaintiff*

---

**Granted. SO ORDERED.**


Date:  __3/4/2022__
New York, New York
                        Mary Kay Vyskocil
                        United States District Judge