```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KERRI FLOWERS,

                Plaintiff,

-against-

HARTFORD LIFE & ACCIDENT INSURANCE CO.,

                Defendant.

1:21-cv-5388-MKV

**ORDER**

---

MARY KAY VYSKOCIL, United States District Judge:

    Upon review of the parties' materials, the Court has observed that hundreds of pages of the Administrative Record are blank. [*See* ECF No. 32-2.] Accordingly, the pending motions for summary judgment are denied without prejudice to renewal. The parties are directed to refile all motion papers, including a revised Administrative Record, on or before February 27, 2023.

    The Clerk of Court is respectfully requested to terminate docket entries 31 and 35.

**SO ORDERED.**

Date: February 10, 2023
      New York, NY

                                      */s/ Mary Kay Vyskocil*
                                      **MARY KAY VYSKOCIL**
                                      **United States District Judge**