UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
KERRI FLOWERS,

                Plaintiff,                      21 **CIVIL** 5388 (MKV)

        -against-                      **JUDGMENT**

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY.

                Defendant.
-------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 31, 2023, Hartford's motion for summary judgment is GRANTED and Flowers' motion for summary judgment is DENIED. Accordingly, the case is closed.

**Dated:** New York, New York

      September 1, 2023

                                                      **RUBY J. KRAJICK**
                                                        Clerk of Court

                           **BY:**

                                                        **Deputy Clerk**